1  ROBERT J. SCHWARTZ (CSB #254778)
   TRI-VALLEY CARES
2  2582 Old First Street
   Livermore, California 94551
3  Telephone: (925) 443-7148
   Facsimile: (925) 443-0177
4  Email: rob@trivalleycares.org

5  STEVEN SUGARMAN (*Pro Hac Vice*)
   BELIN & SUGARMAN
6  618 Paseo de Peralta
   Santa Fe, New Mexico 87501
7  Telephone: (505) 983-1700
   Facsimile: (505) 983-0036
8  Email: sugarman@bs-law.com

9  Attorneys for Plaintiffs
   TRI-VALLEY CARES, MARYLIA KELLEY,
10 JANIS KATE TURNER, and JEDIDJAH DE VRIES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-VALLEY CARES, MARYLIA KELLEY, JANIS KATE TURNER, and JEDIDJAH DE VRIES, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, and LAWRENCE LIVERMORE NATIONAL LABORATORY, <br><br> Defendants | Case No.: C-0-8-1372 BZ <br><br> **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE - 1

1  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned
3  parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all
4  further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal
5  from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
6  Circuit.

Dated this 13th day of March, 2008

/S/
ROBERT J. SCHWARTZ
(CSB #254778)
TRI-VALLEY CARES
2582 Old First Street
Livermore, California 94551
Telephone: (925) 443-7148
Facsimile: (925) 443-0177
Email:
rob@trivalleycares.org

/S/
STEVEN SUGARMAN (*Pro Hac Vice*) (approved telephonically)
BELIN & SUGARMAN
618 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone: (505) 983-1700
Facsimile: (505) 983-0036
Email: sugarman@bs-law.com

Attorneys for Plaintiffs
TRI-VALLEY CARES,
MARYLIA KELLEY,
JANIS KATE TURNER, and
JEDIDJAH DE VRIES