1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  CHARLES O'CONNOR
   Assistant United States Attorney
3  450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
4  Telephone: (415) 536-6967
   Facsimile: (415) 436-6748
5
   RONALD J. TENPAS
6  Assistant Attorney General
   BARCLAY T. SAMFORD (NMBN 12323)
7  Trial Attorney
   U.S. Department of Justice
8  Environment & Natural Resources Div.
   1961 Stout St., 8th Floor
9  Denver, CO 80294
   Telephone: (303) 844-1475
10 Facsimile: (303) 844-1350

11
   Attorneys for Defendants
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 TRI-VALLEY CARES, MARYLIA KELLEY, JANIS      )   Case No. 08-cv-1372-BZ
17 KATE TURNER, and JEDIDJAH DE                 )
   VRIES,                                       )
18                                              )
                   Plaintiffs,                  )   **NOTICE OF**
19                                              )   **APPEARANCE**
   v.                                           )
20                                              )
   UNITED STATES DEPARTMENT OF ENERGY,          )
21 NATIONAL NUCLEAR SECURITY                    )
   ADMINISTRATION, LAWRENCE LIVERMORE           )
22 NATIONAL LABORATORY,                         )
                                                )
23                 Defendants.                  )
                                                )
24 _____  )

25

26

27

28

08-CV-1372 NOTICE OF APPEARANCE

1     Defendants hereby give notice of the appearance of Barclay Samford on behalf of the
2 defendant United States, United States Department of Energy, National Nuclear Security
3 Administration, Lawrence Livermore National Laboratory, in the above-captioned matter.
4     Service of all papers should be made to the address below::

        BARCLAY SAMFORD
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        1961 Stout Street, 8th Floor
        Denver, CO 80294
        Phone: (303) 844-1475
        Fax: (303) 844-1350
        Email: clay.samford@usdoj.gov

    Respectfully Submitted this 14th day of March, 2008.

        Respectfully submitted,
        RONALD J. TENPAS
        Assistant Attorney General

         /s/ Barclay Samford
        BARCLAY SAMFORD
        Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        1961 Stout Street, 8th Floor
        Denver, CO 80294