ROBERT J. SCHWARTZ (CSB #254778)
TRI-VALLEY CARES
2582 Old First Street
Livermore, California 94551
Telephone: (925) 443-7148
Facsimile: (925) 443-0177
Email: rob@trivalleycares.org

STEVEN SUGARMAN (*Pro Hac Vice*)
BELIN & SUGARMAN
618 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone: (505) 983-1700
Facsimile: (505) 983-0036
Email: sugarman@bs-law.com

Attorneys for Plaintiffs
TRI-VALLEY CARES, MARYLIA KELLEY,
JANIS KATE TURNER, and JEDIDJAH DE VRIES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-VALLEY CARES, MARYLIA KELLEY, JANIS KATE TURNER, and JEDIDJAH DE VRIES,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, and LAWRENCE LIVERMORE NATIONAL LABORATORY,<br><br>Defendants | Case No. 08-cv-01372-SBA<br><br>**PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED APPLICABLE PAGE LIMITATION**<br><br>**and**<br><br>**[PROPOSED] ORDER THEREON**<br><br>Date: April, 29, 2008<br>Time: 1:00 p.m.<br>Judge: Hon. Saundra B. Armstrong |

1     Pursuant to Civil Local Rule 7-11, Plaintiffs file this Unopposed Administrative Motion to Exceed Applicable Page Limitation. Plaintiffs ask the Court for permission to exceed the otherwise applicable page limitation on motions under Civil Local Rule 7-2(b) by three pages. The grounds for this motion are as follows: the complexity of the issues, the public interest in avoiding irreparable injury to the human environment, and the assistance the Court will derive from a more thorough explication of the case.

    First, this action, which concerns a Biosafety Level 3 ("BSL-3") facility at Lawrence Livermore National Laboratory in Livermore, California, involves issues of a highly technical nature that defy cursory examination. In addition, Plaintiffs plead four counts against Defendants in their complaint: (1) failure to prepare an adequate EA and FONSI, (2) failure to prepare an EIS, (3) failure to supplement, and (4) failure to comply with applicable regulations. These counts are founded upon a factual underpinning that requires meaningful elaboration and analysis.

    Second, Plaintiffs' motion for preliminary injunction seeks to protect the public from the proposed BSL-3 facility's inadequately studied risk of a release of pathogenic material into the human environment. The significance of the public interest implicated in this case provides further justification for the length of Plaintiffs' motion.

    Finally, the Court will derive substantial benefit from the level of detail and analysis in Plaintiffs' motion for preliminary injunction. This will enable the Court to render a reasoned decision in the case, with a minimal expenditure of judicial resources.

    Therefore, Plaintiffs ask the Court to grant this Unopposed Administrative Motion to Exceed Applicable Page Limitation.

Dated this 25th day of March, 2008

/S/
ROBERT J. SCHWARTZ (CSB #254778)
TRI-VALLEY CARES
2582 Old First Street
Livermore, California 94551
Telephone: (925) 443-7148
Facsimile: (925) 443-0177
Email: rob@trivalleycares.org

/S/
STEVEN SUGARMAN (*Pro Hac Vice*) (approved telephonically)
BELIN & SUGARMAN
618 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone: (505) 983-1700
Facsimile: (505) 983-0036
Email: sugarman@bs-law.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRI-VALLEY CARES, MARYLIA KELLEY, JANIS KATE TURNER, and JEDIDJAH DE VRIES,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, and LAWRENCE LIVERMORE NATIONAL LABORATORY,<br><br>　　　　Defendants | Case No. 08-cv-01372-SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED APPLICABLE PAGE LIMITATION** |

1    GOOD CAUSE APPEARING from Plaintiffs' Unopposed Administrative Motion to
2 Exceed Applicable Page Limitation,
3    IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction may
4 exceed the otherwise applicable page limitation in Civil Local Rule 7-2(b) by three pages.
5    IT IS SO ORDERED.

7 Dated: _____, 2008              _____
                                       Saundra Brown Armstrong
8
                                       United States District Judge
9

11 Approved as to form:

12                                     Dated this 26th day of March, 2008

13                                             /S/
                                       ROBERT J. SCHWARTZ
14                                     (CSB #254778)
                                       Attorney for Plaintiffs
15                                     TRI-VALLEY CARES
                                       2582 Old First Street
16                                     Livermore, California 94551
                                       Telephone: (925) 443-7148
17                                     Facsimile: (925) 443-0177
                                       Email:
18                                     rob@trivalleycares.org

19                                             /S/
                                       BARCLAY T. SAMFORD
20                                     Attorney for Defendants
                                       U.S. DEPT. OF JUSTICE
21                                     Env't and Nat. Res. Div.
                                       1961 Stout St., 8th Floor
22                                     Denver, CO 80294
                                       Telephone: (303) 844-1475
23                                     Facsimile: (303) 844-1350
                                       Email:
24                                     Clay.Samford@usdoj.gov