1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11
                                                    )   Case No. 08-cv-01372-SBA
12   TRI-VALLEY CARES, MARYLIA                      )
                                                    )   **ORDER GRANTING PLAINTIFFS'**
13   KELLEY, JANIS KATE TURNER, and                 )   **UNOPPOSED ADMINISTRATIVE**
                                                    )   **MOTION TO EXCEED APPLICABLE**
14   JEDIDJAH DE VRIES,                             )   **PAGE LIMITATION**
                                                    )
15          Plaintiffs,                             )
                                                    )
16      vs.                                         )
                                                    )
17   UNITED STATES DEPARTMENT OF                    )
                                                    )
18   ENERGY, NATIONAL NUCLEAR                       )
                                                    )
19   SECURITY ADMINISTRATION, and                   )
                                                    )
20   LAWRENCE LIVERMORE NATIONAL                    )
                                                    )
21   LABORATORY,                                    )
                                                    )
22          Defendants                              )

23

24

25

26

27

28

1    GOOD CAUSE APPEARING from Plaintiffs' Unopposed Administrative Motion to

2  Exceed Applicable Page Limitation,

3    IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction may

4  exceed the otherwise applicable page limitation in Civil Local Rule 7-2(b) by three pages.

5    IT IS SO ORDERED.

6

7  Dated: 4/1/08

8                                          Saundra Brown Armstrong

9                                          United States District Judge

10

11  Approved as to form:

12                                  Dated this 26th day of March, 2008

13                                          /S/
                                            ROBERT J. SCHWARTZ
14                                          (CSB #254778)
                                            Attorney for Plaintiffs
15                                          TRI-VALLEY CARES
                                            2582 Old First Street
16                                          Livermore, California 94551
                                            Telephone: (925) 443-7148
17                                          Facsimile: (925) 443-0177
                                            Email:
18                                          rob@trivalleycares.org

19                                          /S/
                                            BARCLAY T. SAMFORD
20                                          Attorney for Defendants
                                            U.S. DEPT. OF JUSTICE
21                                          Env't and Nat. Res. Div.
                                            1961 Stout St., 8th Floor
22                                          Denver, CO 80294
                                            Telephone: (303) 844-1475
23                                          Facsimile: (303) 844-1350
                                            Email:
24                                          Clay.Samford@usdoj.gov

25

26

27

28