## CERTIFICATE OF SERVICE

I am a citizen of the United States of America. I am over the age of eighteen (18) years and not a party to this action. My business address is 2582 Old First Street, Livermore, California 94551.

On April 9, 2008, I served a true copy of the foregoing document entitled

COMPLAINT FOR DECLARATORY, MANDAMUS, AND INJUNCTIVE RELIEF

in the above-captioned matter on each of the parties or persons listed below by placing a true copy thereof in a sealed envelope with postage for certified mail thereon fully prepaid in the United States mail at Livermore, California addressed as follows:

Attorney General Michael B. Mukasey
U.S. Department of Justice
**Attn: Civil Process Clerk**
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Joseph P. Russoniello
United States Attorney
**Attn: Civil Process Clerk**
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2008, at Livermore, California.

/S/
Robert J. Schwartz (CSB #254778)
Tri-Valley CAREs
2582 Old First Street
Livermore, CA 94551
Telephone: (925) 443-7148
Facsimile: (925) 443-0177
Email: rob@trivalleycares.org