| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO |
| | United States Attorney |
| 2 | CHARLES O'CONNOR |
| | Assistant United States Attorney |
| 3 | 450 Golden Gate Ave., Box 36055 |
| | San Francisco, CA 94102 |
| 4 | Telephone: (415) 536-6967 |
| | Facsimile: (415) 436-6748 |
| 5 | |
| | RONALD J. TENPAS |
| 6 | Assistant Attorney General |
| | BARCLAY T. SAMFORD (NMBN 12323) |
| 7 | Trial Attorney |
| | U.S. Department of Justice |
| 8 | Environment & Natural Resources Div. |
| | 1961 Stout St., 8th Floor |
| 9 | Denver, CO 80294 |
| | Telephone: (303) 844-1475 |
| 10 | Facsimile: (303) 844-1350 |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRI-VALLEY CARES, MARYLIA KELLEY, JANIS KATE TURNER, and JEDIDJAH DE VRIES, | Case No. 08-cv-1372-SBA |
| Plaintiffs, | |
| v. | NOTICE OF LODGING OF ADMINISTRATIVE RECORD FOR FINAL REVISED ENVIRONMENTAL ASSESSMENT FOR PROPOSED BSL-3 FACILITY AT LAWRENCE LIVERMORE NATIONAL LABORATORY |
| UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, LAWRENCE LIVERMORE NATIONAL LABORATORY, | |
| Defendants. | |

Notice of Lodging of Administrative Record - 08-cv-1372-SBA

1    Defendants hereby lodge with the Court the Administrative Record for the Final Revised
2 Environmental Assessment for the Proposed Construction and Operation of a Bio-Safety Level 3
3 Facility at Lawrence Livermore National Laboratory.
4    The record is contained in eight (8) three-ring binders and, pursuant to General Order 45
5 Section VII, will be filed manually with the Court.  <u>See</u> Exhibit 1 (Manual Filing Notification).
6 An index to the record is filed herewith.  <u>See</u> Exhibit 2.
7    The Administrative Record is certified by DOE employee Samuel Brinker.  His
8 declaration is attached.  <u>See</u> Exhibit 3.
9    The record was provided to counsel for Plaintiffs, Robert J. Schwartz, via Federal
10 Express on this date.
11 Dated this 9th day of April, 2008.

                                            Respectfully submitted,
                                            RONALD J. TENPAS
                                            Assistant Attorney General

                                             /s/ Barclay T. Samford
                                            BARCLAY T. SAMFORD
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Environment & Natural Resources Division
                                            1961 Stout Street, 8th Floor
                                            Denver, CO 80294

1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  CHARLES O'CONNOR
   Assistant United States Attorney
3  450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
4  Telephone: (415) 536-6967
   Facsimile: (415) 436-6748
5
   RONALD J. TENPAS
6  Assistant Attorney General
   BARCLAY T. SAMFORD (NMBN 12323)
7  Trial Attorney
   U.S. Department of Justice
8  Environment & Natural Resources Div.
   1961 Stout St., 8th Floor
9  Denver, CO 80294
   Telephone: (303) 844-1475
10 Facsimile: (303) 844-1350

11
   Attorneys for Defendants
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                       OAKLAND DIVISION

16 TRI-VALLEY CARES, MARYLIA KELLEY,  )
   JANIS KATE TURNER, and             )
17 JEDIDJAH DE VRIES,                 )   Case No. 08-cv-1372-SBA
                                      )
18                                    )
       Plaintiffs,                    )
19                                    )
   v.                                 )
20                                    )
   UNITED STATES DEPARTMENT OF ENERGY,)
21 NATIONAL NUCLEAR SECURITY          )   MANUAL FILING
   ADMINISTRATION, LAWRENCE LIVERMORE )   NOTIFICATION
22 NATIONAL LABORATORY,               )
                                      )
23     Defendants.                    )
   _____)
24

25

26

27

28

                                                          Exhibit 1

**MANUAL FILING NOTIFICATION**

Regarding:   Administrative Record for Final Revised Environmental Assessment for the Proposed Construction and Operation of a Bio-Safety Level 3 Facility at Lawrence Livermore National Laboratory

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reasons(s):

_X_ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

Dated this 9th day of April, 2008.

                                            Respectfully submitted,
                                            RONALD J. TENPAS
                                            Assistant Attorney General

                                            /s/ Barclay T. Samford
                                            BARCLAY T. SAMFORD
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Environment & Natural Resources Division
                                            1961 Stout Street, 8th Floor
                                            Denver, CO 80294

# Index of the Admin Record (AR) for the BSL-3 Facility

**AR1**   Final EA for the Proposed Construction and Operation of a BSL-3 Facility at LLNL, DOE/EA-1442, December 2002

**AR2**   Draft EA for the Proposed Construction and Operation of a BSL-3 Facility at LLNL, DOE/EA-1442, July 2002

**AR3**   ABSA 1998: American Biological Safety Association, "Risk Group Classification for Infectious Agents," Revision 1.0 from ABSA website http://www.absa.org/riskgroups/ (downloaded March 14, 2001).

**AR4**   ACGIH 2000: American Conference of Governmental Industrial Hygienists (ACGIH), "2000 TLV's and BEIs; Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices," Cincinnati, OH, pages 112-114 ACGIH (2000).

**AR5**   ANSI 1983: American National Standards Institute, "Specifications for Sound Level Meters," ANSI S1.4-1983 (1983).

**AR6**   ANSI 1998: American National Standards Institute, "Accessible and Usable Buildings and Facilities," ANSI A177.1-1998 (February 13, 1998).

**AR7**   Bascom 1996: Rebecca Bascom, MD, MPH, University of Maryland, "Occupational Health Programs," Proceedings of the 4th National Symposium on Biosafety, "Working Safety with Research Animals," Atlanta, GA (January 27-31, 1996)

**AR8**   Benenson 1959: Abram. S. Benenson, "Q fever vaccine: efficacy and present status; Medical Science Publication No. 6, Symposium on Q Fever," AGO 10047B, Superintendent of Documents, U.S. Government Printing Office, Washington, DC (1959).

**AR9**   Benenson 1995: Abram S. Benenson Editor, "Control of Communicable Diseases Manual," American Public Health Association, Sixteenth Edition (1995).

**AR10**  BLS 2001: U.S. Bureau of Labor Statistics, "Safety and Health Statistics," available on-line at http://stats.bls.gov/blshome.htm.

**AR11**  BMI 1993: Battelle Memorial Institute "Environmental Assessment for the BL-3 Laboratory at Battelle's Medical Research and Evaluation Facility," West Jefferson, OH (June 1993).

**AR12**  Burden and Sims 1999: David S. Burden and Judith L. Sims, "Fundamentals of Soils Science as Applicable to Management of Hazardous Wastes," U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, EPA/540/S-98/500 (April 1999).

Exhibit 2

**AR13**  BWC 1972: U.S. Department of State, "Convention on the Prohibition of the Development, Production and Stockpiling of Bacteriological (Biological) and Toxin Weapons and on Their Destruction," http://www.state.gov/www/global/arms/treaties/bwc1.html.

**AR14**  Cantor 1996: L. Cantor, "Environmental Impact Assessment," McGraw Hill, Inc., Second Edition (1996).

**AR15**  CDC 1974: Centers for Disease Control, "Classification of Etiologic Agents on the Basis of Hazard," U.S. Department of Health, Education, and Welfare, Public Health Service, CDC, Fourth Edition (1974).

**AR16**  CDC 1999: Centers for Disease Control and Prevention, "Biosafety in Microbiological and Biomedical Laboratories," U.S. Department of Health and Human Services, Public Health Service, CDC and National Institutes of Health (NIH), Fourth Edition, Washington, DC (April 1999).

**AR17**  CDC 2000a: Centers for Disease Control and Prevention, "Biological and Chemical Terrorism: Strategic Plan for Preparedness and Response; Recommendations of the CDC Strategic Planning Workgroup," U.S. Department of Health and Human Services, CDC, Morbidity and Mortality Weekly Report (MMWR); Recommendations and Reports, Vol. 49, No. RR-4 (April 21, 2000).

**AR18**  CDC 2000b: Centers for Disease Control and Prevention, "Primary Containment for Biohazards: Selection, Installation and Use of Biological Safety Cabinets," U.S. Department of Health and Human Services, Public Health Service, CDC and NIH, Washington, DC (September 2000).

**AR19**  CDC 2000c: Centers for Disease Control and Prevention, "Laboratory-Acquired Human Glanders – Maryland, May 2000," U.S. Department of Health and Human Services, CDC, Morbidity and Mortality Weekly Report (MMWR), Vol. 49, No. 24 (June 23, 2000).

**AR20**  CDC 2001b: Centers for Disease Control and Prevention, "Q Fever," U.S. Department of Health and Human Services, Public Health Service, Viral and Rickettsial Zoonoses Branch, available on-line at: http://www.cdc.gov/ncidod/dvrd/qfever/index.htm (downloaded July 2, 2001).

**AR21**  CDF 2001: California Department of Finance, "California Statistical Abstract: Section E, Health and Welfare; Table E-4 – Cases and Deaths, Selected Notifiable Diseases, California (2001) [available on-line at: http://www.lib.berkeley.edu/PUBL/california.html]

**AR22**  Cieslak and Eitzen 1999: Theodore J. Cieslak and Edward M. Eitzen Jr., "Clinical and Epidemiologic Principles of Anthrax," Centers for Disease Control and Prevention, Emerging Infectious Diseases, Vol. 5, No. 4, pages 552-555 (July-August 1999).

**AR23**  City of Livermore 2000: City of Livermore, CA, "Livermore Planning and Zoning Code," A Codification of the Planning and Zoning Ordinances of the City of Livermore, CA, Code Publishing Co., Seattle, WA (2000).

**AR24**  Coker et al. 1998: P.R. Coker, K. L. Smith, and M. E. Hugh-Jones, "Anthrax in the USA," Proceedings of the Third International Conference on Anthrax, Plymouth, England, Vol. 44 (September 7-10, 1998).

**AR25**  Collins 2000: C. H. Collins, "Laboratory – and some other Occupationally-acquired Microbial Diseases: A Bibliography," available on-line at the website of the European Federation Biotechnology, Working Party Safety in Biotechnology at: http://www.boku.ac.at/iam/efb/efb_wp.htm (August 7, 2000).

**AR26**  Collins and Kennedy 1999: C. H. Collins and D. A. Kennedy, "Laboratory-Acquired Infections; History, Incidence, Causes and Prevention," Fourth Edition, Butterworth-Heinemann, Woburn, MA (1999).

**AR27**  DA 1989: Department of the Army, U. S. Army Medical Research and Development Command (USAMRDC), Final Programmatic Environmental Impact Statement; Biological Defense Research Program," Fort Detrick, Frederick, MD (April 1989).

**AR28**  DA 1992: Department of the Army, U.S. Army Dugway Proving Ground, "Final Environmental Impact Statement, Life Sciences Test Facility, Dugway Proving Ground, Utah," Dynamac Corporation, Rockville, MD (March 1992).

**AR29**  DA 1996: Department of the Army, Walter Reed Army Institute of Research, "Environmental Assessment, Biological Defense Research Program at the Armed Forces Institute of Pathology," United States Army Medical Research and Materiel Command, Fort Detrick, Fredrick, MD (April 1996).

**AR30**  DOE 1984: U.S. Department of Energy, "Environmental Protection, Safety, and Health Protection Standards," DOE Order 5480.4 (April 15, 1984 with change January 7, 1993).

**AR31**  DOE 1992: U.S. Department of Energy, "Final Environmental Impact Statement and Environmental Impact Report for the Continued Operation of Lawrence Livermore National Laboratory and Sandia National Laboratories, Livermore, August 1992, DOE EIS-0157, U.S. Department of Energy (EIS), Washington, D.C., and University of California (EIR), SCH90030847 (1992).

**AR32**  DOE 1993: U.S. Department of Energy, "Recommendations for the Preparation of Environmental Assessments and Environmental Impact Statements," U.S. Department of Energy, Office of NEPA Oversight, Washington, DC (1993).

**AR33**  DOE 1996a: U.S. Department of Energy, "Facility Safety," DOE Order O 420.1, Washington, DC (October 24, 1996).

**AR34**  DOE 1997: U.S. Department of Energy, "Construction Safety Management Guide for use with DOE ORDER 440.1," U.S. Department of Energy, Office of Worker Health and Safety (DOE –G-440.1-2), Washington DC (June 26, 1997).

**AR35**  DOE 1998: U.S. Department of Energy, "Worker Protection Management for DOE Federal and Contractor Employees," U.S. Department of Energy, Office of Environment, Safety and Health, (DOE O 440.1A), Washington, DC (March 27, 1998).

**AR36**  DOE 1999: U.S. Department of Energy, "Supplement Analysis for Continued Operation of Lawrence Livermore National Laboratory and Sandia National Laboratories, Livermore, March 1999, DOE/EIS-0157-SA-01, U.S. Department of Energy, National Nuclear Security Administration, Oakland Operations Office, Oakland, CA (1999).

**AR37**  DOE 2002: U.S. Department of Energy, "Environmental Assessment for The Proposed Construction and Operation of a Biosafety Level 3 Facility at Los Alamos National Laboratory, Los Alamos, New Mexico," U.S. Department of Energy, National Nuclear Security Administration, Office of Los Alamos Site Operations, DOE/EA-1364 (February 26, 2002). DELETED (FOR THIS SAME DOCUMENT, SEE AR 89)

**AR38**  DOT 1998: U.S. Department of Transportation, "Hazardous Materials Shipments," Office of Hazardous Materials Safety; Research and Special Programs Administration, US DOT (October 1998).

**AR39**  DOT 2001a: U.S. Department of Transportation, "A Comparison of Risk; Accidental Deaths – United States – 1994-1998," US DOT Research and Special Programs Administration, http://hazmat.dot.gov/riskcompare.htm.

**AR40**  DOT 2001b: U.S. Department of Transportation, Hazardous Materials Safety Data from the Hazardous Materials Information System (HMIS), from on-line website http://hazmat.dot.gov/spills.htm.

**AR41**  Fleming et al., 1995: D. O. Fleming, J. H. Richardson, J. I. Tulis, and D. Vesley, "Laboratory Safety; Principles and Practices," 2nd Edition, American Society for Microbiology, Washington, DC (1995).

**AR42**  Fleming and Hunt 2000: Diane O. Fleming and Debra L. Hunt, "Biological Safety: Principles and Practices, 3rd Edition," American Society for Microbiology Press, Washington, DC (October 22, 2000).

**AR43**  Gray 1978: T. R. G. Gray, "Microbiological aspects of the soil, plant, aquatic, air, and animal environments," Pesticide Microbiology, I. R. Hill and S. J. L. Wright (eds.), Academic Press, New York, NY (1978).

**AR44**  HRSA 2000: Health Resources and Services Administration, "Community Health Status Report: Alameda County, California, July 2000," U.S. Department of Health and Human

Services, Health Resources and Services Administration (July 2000). [available on-line at http://www.communityhealth.hrsa.gov]

**AR45**  Hugh-Jones 1998: Martin Hugh-Jones, "1996-1997 Global Anthrax Report," Proceedings of the Third International Conference on Anthrax, Plymouth, England, (September 7-10, 1998). [available on-line at http://www.vetmed.lsu.edu/whocc/globrept.htm}

**AR46**  IATA 2001: International Air Transport Association (IATA), "Dangerous Goods Regulations," and "Infectious Substances Shipping Guidelines," Montréal, Québec, Canada (2001).

**AR47**  JH 1999: Johns Hopkins University, "CDC Ranks Bioagents in Terms of Public Health Threat," Johns Hopkins Center for Civilian Biodefense Studies, Biodefense Quarterly, Vol. 1, No. 2 (September 1999).

**AR48**  Kennedy et. al 1990: Robert P. Kennedy, Stephen A. Short, James R. McDonald, Martin W. McCann, Jr., Robert C. Murry, and James R. Hill, "Design and Evaluation Guidelines for Department of Energy Facilities Subjected to Natural Phenomena Hazards," University of California, Livermore, CA, UCRL-15910 ( June 1990).

**AR49**  LLNL 1991: Lawrence Livermore National Laboratory, "AB2588 Air Toxics Risk Screening Document for Lawrence Livermore National Laboratory, Plant No. 255, Lawrence Livermore National Laboratory, Livermore, CA (February 1991).

**AR50**  LLNL 1993: Lawrence Livermore National Laboratory, "Calendar Year 1993 Calculated Emissions Inventory, BAAQMD Plant No. 255, Lawrence Livermore National Laboratory (1993)

**AR51**  LLNL 1994: Lawrence Livermore National Laboratory, "Waste Minimization and Pollution Prevention Awareness Plan," University of California, Livermore, CA, UCRL-21215-94 (April 1994).

**AR52**  LLNL 2000a: Lawrence Livermore National Laboratory, "Building 360 Complex; Biology and Biotechnology Research Program (BBRP)," University of California, Livermore, CA, FSP 360, Triennial Review (May 2000).

**AR53**  LLNL 2001a: Lawrence Livermore National Laboratory, "Building 360 Complex, Biohazardous Operations," University of California, Livermore, CA, FSP-360 Addendum 1, Triennial Review (April 2001).

**AR54**  LLNL 2001b: Lawrence Livermore National Laboratory, "Environmental Report 2000," University of California, Livermore, CA, UCRL-50027-00 (September 1, 2001).

**AR55**  LLNL 2001c: Lawrence Livermore National Laboratory, "ES&H Manual," University of California, Livermore, CA, UCRL-MA-133867 (April 1, 2001).

**AR56**   Magreb 1975: E. B. Magreb, "Environmental Noise Control," Wiley-Interscience Publication, John Wiley & Sons, New York, NY (1975).

**AR57**   Mitscherlich and Marth 1984: E. Mitscherlich and E. H. Marth, "Microbial Survival in the Environment," Springer-Verlag, Berlin, Germany (1984).

**AR58**   NFPA 1997: National Fire Protection Association, " Standard for the Installation of Lighting Protection Systems," NFPA 780, 1997 Edition.

**AR59**   NFPA 1998: National Fire Protection Association, "NFPA 70, National Electrical Code," NFPA 70, 1999 Edition (August 6, 1998).

**AR60**   NFPA 2000: National Fire Protection Association, "Life Safety® Code," NFPA 101®, 2000 Edition.

**AR61**   NIH 2001: National Institutes of Health, "Guidelines for Research Involving Recombinant DNA Molecules," published as 59 FR 34496 and amended through 66 FR 1146, available on-line through NIH website: http://www4.od.nih.gov/oba/rac/guidelines/guidelines.html.

**AR62**   Noskin and Peterson 2001: Gary A. Noskin and Lance R. Peterson, "Engineering Infection Control through Facility Design," Centers for Disease Control and Prevention, Emerging Infectious Diseases, Vol. 7, No. 2, pages 354-357 (April 2001).

**AR63**   NSC 1996: National Safety Council, "Fourth Edition: Fundamentals of Industrial Hygiene," Barbara A. Plog Editor, Itasca, Illinois (1996).

**AR64**   Orloff 1986: S. Orloff, "Wildlife Studies of Site 300 Emphasizing Rare and Endangered Species, Lawrence Livermore National Laboratory, San Joaquin County, California, prepared by BioSystems Analysis Inc., for Lawrence Livermore National Laboratory, CA (1986).

**AR65**   PC 2001a: Personal communication concerning biosafety laboratory construction and operation between Dr. Richard Knudsen, Chief Scientist, Biosafety Branch, Special Pathogens Branch, and Robert Hull, Los Alamos Technical Associates, Inc., June 12, 2001.

**AR66**   PC 2001b: Personal communication concerning biosafety laboratory construction and operation between Dr. Joe McDade, Deputy Director CDC National Center for Infectious Diseases (NCID), Special Pathogens Branch, and Robert Hull, Los Alamos Technical Associates, Inc., June 14, 2001.

**AR67**   PC 2002: Personal communication concerning biosafety laboratory construction and operation between Alan B. Casamajor, PE, Assurance and Facility Manager, Biology and Biotechnology Research Program, LLNL, and Robert Hull, Los Alamos Technical Associates, Inc., May, 2002.

**AR68**  Pike et al. 1965: R. M. Pike, S. E. Sulkin, and M. L. Schulze, "Continuing importance of laboratory-acquired infections," American Journal of Public Health, Vol. 55, pages 190-199 (1965).

**AR69**  Pike 1976: R. M. Pike, "Laboratory-associated infections: Summary and analysis of 3,921 cases," Health Laboratory Science Vol. 13 pages 105-114 (1976).

**AR70**  Pike 1979: R. M. Pike, "Laboratory-associated infections: incidence, fatalities, causes and prevention," Annual Reviews of Microbiology, Vol. 33, pages 41-66 (1979).

**AR71**  Sewell 1995: David L. Sewell, "Laboratory-Associated Infections and Biosafety," Clinical Microbiology Reviews, Vol. 8, No. 3, pages 389-405 (July 1995).

**AR72**  Sulkin and Pike 1949: S. E. Sulkin and R. M. Pike, "Viral infections contracted in the laboratory," New England Journal of Medicine, Vol. 241, No. 5, pages 205-213.

**AR73**  Sulkin and Pike 1951: S. E. Sulkin and R. M. Pike, "Survey of laboratory-acquired infections." American Journal of Public Health, Vol. 41, No. 7, pages 769-781 (1951).

**AR74**  USFWS 1991: U.S. Fish and Wildlife Service, "Letter of Communication, Subject: Species Lists for the Proposed Future Growth of Lawrence Livermore National Laboratory (LLNL) and Sandia National Laboratories, Livermore (SNLL) Areas, and the Site 300 Area, Alameda and San Joaquin Counties, California, U.S. Department of the Interior, Fish and Wildlife Service, Sacramento Field Office, Sacramento, CA (March 5, 1991).

**AR75**  WHO 1997: World Health Organization, "Guidelines for Safe Transport of Infectious Substances and Diagnostic Specimens," Division of Emerging and Other Communicable Diseases Surveillance and Control, Geneva, Switzerland (1997).

**AR76**  WHO 1998: World Health Organization, "Guidelines for the Surveillance and Control of Anthrax in Humans and Animals; Third Edition," PCB Turnbull, Department of Communicable Diseases Surveillance and Response, Geneva, Switzerland (1998).

**AR77**  WHO 1999: World Health Organization, "International Statistical Classification of Diseases and Related Health Problems (ICD-10) in Occupational Health," Sustainable Development and Healthy Environments, Protection of the Environment; Occupational and Environmental Health Series, WHO/SDE/OEH/99.11, Geneva, Switzerland (1999).

**AR78**  WHO 2001: World Health Organization, "World Anthrax Data Site," "News of Anthrax Cases and Outbreaks form Around the World, May 2000 – February 2001," available on-line at: http://www.vetmed.lsu.edu/whocc/news.htm.

**AR79**  Wilson 1995: Mary E. Wilson, "Travel and the Emergence of Infectious Diseases," Centers for Disease Control and Prevention, Emerging Infectious Diseases, Vol. 1, No. 2, pages 40-46 (April-June 1995).

**AR80** Public Comments, 2002 Draft EA – Letters/Email Messages, etc. (with Index)

**AR81**  Association of Bay Governments 2001: Association of Bay Area Governments, Projections 2002, Forecast for the San Francisco Bay Area to the Year 2025, Association of Bay Area Governments, San Francisco, CA, December 2001.

**AR82**  BPHC 2005: Barry, M. Anita, "Report pf Pneumonic Tularemia in the Three Boston University Researchers, November 2004 – March 2005," Boston Public Health Commission, Boston, Massachusetts (March 2005)

**AR83**  Broad and Johnston 2002: W. Broad and D. Johnston, "Anthrax Sent Through Mail Gained Potency by the Letter", New York Times, May 7, 2002

**AR84**  CDC 2006, Centers for Disease Control and Prevention (CDC) "Bioterrorism" http://www.bt.cdc.gov/bioterrorism/, accessed December 12, 2006

**AR85**  CHS2005: Constella Health Services, Final Report, Survey for Determining the Location, Capacity, and Status of Existing and Operating BSL-3 Laboratory Facilities within the United States, Constella Health Sciences, Center for Health Research, Durham, NC 27713,June 2, 2005.

**AR86**  City of Livermore and LSA 2002: City of Livermore and LSA Associates, Inc., General Plan Update, Livermore, CA, July 23, 2002.

**AR87**  DHS 2005: Department of Health and Human Services, Possession, Use, and Transfer of Select Agents and Toxins, 42 CFR Parts 72 and 73, March 18, 2005

**AR88**  DOE 2002a: U.S. Department of Energy, " Recommendations for Analyzing Accidents under the National Environmental Policy Act", July 2002.

**AR89** DOE 2002b: U.S. Department of Energy, "Environmental Assessment for The Proposed Construction and Operation of a Biosafety Level 3 Facility at Los Alamos National Laboratory, Los Alamos, New Mexico," U.S. Department of Energy, National Nuclear Security Administration, Office of Los Alamos Site Operations, DOE/EA-1364 (February 26, 2002).

**AR90** DOE 2005: "Final Site-wide Environmental Impact Statement for Continued Operation of Lawrence Livermore National Laboratory and Supplemental Stockpile Stewardship and Management Programmatic Environmental Impact Statement", U.S. Department of Energy, National Nuclear Security Administration, DOE/EIS-0348, DOE/EIS-0236-S3 (March 2005).

**AR91** DOE 2006: "Need to Consider Intentional Destructive Acts in NEPA Documents", Memorandum to DOE NEPA Community form the Office of NEPA Policy and Compliance (December 1, 2006).

**AR92** GAO 2007: General Accounting Office, "High-Containment Biosafety Laboratories, Preliminary Observations on the Oversight of the Proliferation of BSL-3 and BSL-4 Laboratories in the United States," Statement of Keith Rhodes, Chief Technologist, Center for Technology and Engineering, Applied Research and Methods, General Accounting Office, Testimony Before the Subcommittee on Oversight and Investigations, Committee on Energy and Commerce, House of Representatives, Washington, D.C. GAO-08-108T (October 4, 2007).

**AR93** Houston Chronicle 2007: "CDC finds breaches at A&M disease lab / Research will remain on hold as missing vials, security missteps are addressed," Houston Chronicle Publishing Company Division, Hearst Newspapers Partnership, L.P., Houston, Texas (September 5, 2007) [available on-line at http://www.chron.com/CDA/archives/archive.mpl?id=2007_4418410]

**AR94** LLNL 2002: LLNL, *Lawrence Livermore National Laboratory Site Seismic Safety Program: Summary of Findings*, UCRL-53674, Rev. 2, Lawrence Livermore National Laboratory, Livermore, CA, April 2002.

**AR95** LLNL 2005: Lawrence Livermore National Laboratory, "Biological Risk and Threat Assessment," University of California Livermore, CA (July 14, 2005). (CLASSIFIED)

**AR96** LLNL 2006: Lawrence Livermore National Laboratory, "LLNL Select Agents and Toxins Security Plan," Revision 6, University of California Livermore, CA, SSO-POL-010, UCRL-MI-220409 (March 9, 2006). (OFFICIAL USE ONLY [OUO] DOCUMENT)

**AR97** SNL/LLNL 2006: Sandia National Laboratories and Lawrence Livermore National Laboratory, "Catastrophic Bioterrorism Scenarios: Response Architectures and Technology Implications" (March 2006). (OFFICIAL USE ONLY [OUO] DOCUMENT)

**AR98** Stocker, 1955: Stocker MGP, Morrison BP. "The spread of Q fever from animals to man: the natural history of rickettsial disease," Bull. WHO 1955.

**AR99** USAMRMC 2006: "Final Environmental Impact Statement, Construction and Operation of the New U.S. Army Medical Research Institute of Infectious Diseases (USAMRIID) Facilities and Decommissioning and Demolition and/or Re-use of Existing UASMRIID Facilities at Fort Detrick, Maryland," U.S. Army Medical Research and Material Command, Fort Detrick, MD (December 2006)

**AR100** USGS 2003: U.S. Geologic Survey (USGS), *Earthquake Probabilities in the San Francisco Bay Region: 2002-2031,* USGS OFR 03-214, (2003), online at http://pubs.usgs.gov/of/2003/of03-214/.

**AR101** Welsh et al 1951**:** H. H. Welsh, E. H. Lennette, F. R. Abinati, and J. F. Winn, "Q fever in California IV: Occurrence of *Coxiella burnetti* in the placenta of naturally infected sheep," *Public Health Reports*, 66(45):1473-7, 1951

**AR102** Abrahamson and Silva (1997), "Empirical Response Spectral Attenuation Relationship for Shallow Crustal Earthquakes," Seismological Research Letters, 68(1): 94-127

**AR103** Alcamo, I. Edward, *Fundamentals of Microbiology*, 5th Edition, Addison Wesley Longman, Inc., Menlo Park, CA., 1987.

**AR104** ASCE 43-05 "Seismic Design Criteria for Structures, Systems, and Components in Nuclear Facilities").

**AR105** Carpenter et al. (1984), "Geology of the Lawrence Livermore National Laboratory Site and Adjacent Areas", D.W.Carpenter, J.J.Sweeney, P.W. Kasameyer, N.R. Burkhard, K.G. Knauss, and R.J. Shlemon, August 1984 (UCRL-53316)

**AR106** CDC 2004, "Wind in November, Q fever in December", Tissot-Dupont, Hervé,* Marie-Antoinette Amadei,† Meyer Nezri,† and Didier Raoult*, Emerging Infectious Diseases, Vol 10, No. 7, July 2004, accessed at: http://www.cdc.gov/ncidod/eid/vol10no7/pdfs/Vol10No7.pdf

**AR107** Conoco Phillips, *Aviation Gasoline, 100 LL, and Jet A*: Material Safety Data Sheets, product number 001769-Aviation Gasoline, 100 LL, Date of Issue, 23-May-2007, and product number 001975-Jet A, Date of Issue, 04-Apr-2007.

**AR108** DOE Standard 1020-2002, U.S. Department of Energy," Natural Phenomena Hazards Design and Evaluation Criteria for Department of Energy Facilities, January 2002

**AR109** Federal Register 2005, The "Notice of Intent To Prepare an Environmental Impact Statement for the Operation of a Biosafety Level 3 Facility at Los Alamos National Laboratory" (from the Federal Register Vol. 70, No. 228, November 29, 2005)

**AR110** NUREG CR-0098, " Development of Criteria for Seismic Review of Selected Nuclear Power Plants," Nuclear Regulatory Commission (NRC), May 1978

**AR111** Drysdale, Dougal, *An Introduction to Fire Dynamics*, 2nd Edition, John Wiley & Sons, New York, 1999

**AR112** FEMA 303, 1997 edition, "NEHRP Recommended Provisions for Seismic Regulations for New Buildings and Other Structures", Part 2- Commentary, Building Seismic Safety Council.

**AR113** IG Inspection Report DOE/IG-0492, "Inspection of Department of Energy Activities Involving Biological Select Agents", February 2001

**AR114** IG Inspection Report DOE/IG-0695, "Coordination of Biological Select Agent Activities at Department of Energy Facilities", July, 2005

**AR115** McCaffrey, Bernard J., *Purely Buoyant Diffusion Flames: Some Experimental Results*, NBSIR 79-1910, Center for Fire Research, National Engineering Laboratory, National Bureau of Standards, Washington, DC, October 1979.

**AR116** NFPA, *Fire Protection Guide on Hazardous Materials*, 9th Edition, National Fire Protection Association, Batterymarch Park, Quincy, MA, 1986.

**AR117** Savy and Foxall 2002, *"Lawrence Livermore National Laboratory Site Seismic Safety Program: Summary of Findings,"* Savy, J. B. and W. Foxall, UCRL-53674 Rev. 2, April 2002.

**AR118** J.F. Scheimer, et al. (May 1991), "Lawrence Livermore National Laboratory Site Seismic Safety Program - Summary of Findings"(UCRL-53674).

**AR119** US Food and Drug Administration, *Kinetics of Microbial Inactivation for Alternative Food Processing Technologies*, found on-line at www.cfsan.fda.gov , published June 2, 2000.

**AR120** Whitney, Ellen A. Spotts, Mark E. Beatty, Thomas H. Taylor, Jr., Robbin Weyant, Jeremy Sobel, Matthew J. Arduino, and David A. Ashford, *Inactivation of Bacillus anthracis Spores*, Emerging Infectious Diseases, Volume 9, No. 6, June 2003.


**AR121** Draft Revised Environmental Assessment for the Proposed Construction and Operation of a Biosafety Level 3 Facility at Lawrence Livermore National Laboratory, Livermore, California, DOE/EA-1442R, March 2007

**AR122** Final Revised Environmental Assessment for the Proposed Construction and Operation of a Biosafety Level 3 Facility at Lawrence Livermore National Laboratory, Livermore, California, DOE/EA-1442R, January 2008

**AR123** Revised Finding of No Significant Impact for the Biosafety Level 3 Facility at Lawrence Livermore National Laboratory, U.S. Department of Energy, January 2008

JOSEPH P. RUSSONIELLO
United States Attorney
CHARLES O'CONNOR
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 536-6967
Facsimile: (415) 436-6748

RONALD J. TENPAS
Assistant Attorney General
BARCLAY T. SAMFORD (NMBN 12323)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
1961 Stout St., 8th Floor
Denver, CO 80294
Telephone: (303) 844-1475
Facsimile: (303) 844-1350

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TRI-VALLEY CARES, MARYLIA KELLEY, JANIS KATE TURNER, and JEDIDJAH DE VRIES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, LAWRENCE LIVERMORE NATIONAL LABORATORY,<br><br>Defendants. | Case No. 08-cv-1372-SBA<br><br>DECLARATION OF SAMUEL D. BRINKER |

Exhibit 3

I, Samuel D. Brinker, state and declare as follows:

1. I am employed by the United States Department of Energy, National Nuclear Security Administration, as Assistant Manager for National Security Implementation at the Livermore Site Office. I have been in this position for approximately three years. My previous position was as a project manager in the National Security Implementation Division, Livermore Site Office. My place of employment is the Lawrence Livermore National Laboratory, Livermore, California.

2. I make this declaration upon personal knowledge. If called upon to do so, I could testify competently as to its contents.

3. I supervised and coordinated the preparation of the Revised Environmental Assessment for the Proposed Construction and Operation of a Biosafety Level 3 Facility at Lawrence Livermore National Laboratory, Livermore, California, dated January, 2008. I have reviewed the Environmental Assessment administrative record in the performance of my duties.

4. To the best of my knowledge and belief, the attached copy of the administrative record constitutes a true, correct and complete copy of the administrative record in this action. Each document is a true and correct copy of the original document in the administrative record.

5. To the best of my knowledge and belief, the attached index of the administrative record constitutes a true, correct, and complete index of the administrative record in this action.

6. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Livermore, California, this **3** day of April, 2008.

Samuel D. Brinker