ROBERT J. SCHWARTZ (CSB #254778)
TRI-VALLEY CARES
2582 Old First Street
Livermore, California 94551
Telephone: (925) 443-7148
Facsimile: (925) 443-0177
Email: rob@trivalleycares.org

STEVEN SUGARMAN (*Pro Hac Vice*)
BELIN & SUGARMAN
618 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone: (505) 983-1700
Facsimile: (505) 983-0036
Email: sugarman@bs-law.com

Attorneys for Plaintiffs
TRI-VALLEY CARES, MARYLIA KELLEY,
JANIS KATE TURNER, and JEDIDJAH DE VRIES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-VALLEY CARES, MARYLIA KELLEY, JANIS KATE TURNER, and JEDIDJAH DE VRIES, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, and LAWRENCE LIVERMORE NATIONAL LABORATORY, <br><br> Defendants | Case No. 08-cv-01372-SBA <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I am a citizen of the United States of America. I am over the age of eighteen (18) years and not a party to this action. My business address is 2582 Old First Street, Livermore, California 94551.

On April 23, 2008, I served true copies of the documents entitled

SUMMONS and COMPLAINT FOR DECLARATORY, MANDAMUS, AND INJUNCTIVE RELIEF

in *Tri-Valley CAREs et al. v. United States Department of Energy et al.*, Civil Action No. 08-cv-01372-SBA, on each of the parties or persons listed below by placing true copies thereof in sealed envelopes with postage for certified mail and return receipt thereon fully prepaid in the United States mail at Livermore, California addressed as follows:

Attorney General Michael B. Mukasey
U.S. Department of Justice
**Attn: Civil Process Clerk**
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Joseph P. Russoniello
United States Attorney
**Attn: Civil Process Clerk**
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

Steve Skubel
U.S. Department of Energy
1000 Independence Ave., SW
Room 6H087
Washington, DC 20585

Melissa Kessler
Nat'l Nuclear Security Admin. (NA-3.1)
1000 Independence Ave., SW
Washington, DC 20585

1 Peter Murray
2 Lawrence Livermore Nat'l Laboratory
  7000 East Ave., L-701
3 Livermore, CA 94550

4

5    I certify under penalty of perjury that the foregoing is true and correct. Executed on

6 April 23, 2008, at Livermore, California.

7

8                                                             /S/
                                                   Robert J. Schwartz (CSB #254778)
9                                                  Tri-Valley CAREs
10                                                 2582 Old First Street
                                                   Livermore, CA 94551
11                                                 Telephone: (925) 443-7148
                                                   Facsimile: (925) 443-0177
12                                                 Email:
                                                   rob@trivalleycares.org
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE - 3
Case No. 08-cv-01372-SBA