1 ROBERT J. SCHWARTZ (CSB #254778)
TRI-VALLEY CARES
2 2582 Old First Street
Livermore, California 94551
3 Telephone: (925) 443-7148
Facsimile: (925) 443-0177
4 Email: rob@trivalleycares.org

5 STEVEN SUGARMAN (*Pro Hac Vice*)
BELIN & SUGARMAN
6 618 Paseo de Peralta
Santa Fe, New Mexico 87501
7 Telephone: (505) 983-1700
Facsimile: (505) 983-0036
8 Email: sugarman@bs-law.com

9 Attorneys for Plaintiffs
TRI-VALLEY CARES, MARYLIA KELLEY,
10 JANIS KATE TURNER, and JEDIDJAH DE VRIES

11

12                 IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 TRI-VALLEY CARES, MARYLIA KELLEY, )  Case No. 08-cv-01372-SBA
                                     )
16 JANIS KATE TURNER, and JEDIDJAH DE )  **STIPULATION**
                                     )
17 VRIES,                            )  **and**
                                     )
18           Plaintiffs,             )  **[PROPOSED] ORDER THEREON**
                                     )
19      vs.                          )
                                     )
20 UNITED STATES DEPARTMENT OF       )
                                     )
21 ENERGY, NATIONAL NUCLEAR          )
                                     )
22 SECURITY ADMINISTRATION, and      )
                                     )
23 LAWRENCE LIVERMORE NATIONAL       )
                                     )
24 LABORATORY,                       )
                                     )
25           Defendants              )

26

27

28

1  THROUGH THEIR UNDERSIGNED COUNSEL, the parties hereby agree and stipulate as

2  follows:

3    1. On March 10, 2008, Plaintiffs filed a complaint challenging the Department of Energy's

4       compliance with the National Environmental Policy Act in approving the construction and

5       operation of a Biosafety Level 3 facility at Lawrence Livermore National Laboratory in

6       Livermore, California.

7    2. Defendants produced the Administrative Record for the Final Revised Environmental

8       Assessment for the Proposed Construction and Operation of a Biosafety Level 3 Facility at

9       Lawrence Livermore National Laboratory, Livermore, California on April 9, 2008.

10   3. By prior stipulation, the parties agreed to attempt to informally resolve any issues relating

11      to the content of the Administrative Record.  If these informal efforts were to fail,

12      Plaintiffs agreed to file any motion to supplement the Administrative Record by April 25,

13      2008.

14   4. In order to allow more time to informally resolve any issues relating to the content of the

15      Administrative Record, the parties have conferred and agreed that Plaintiffs shall have

16      until May 2, 2008, to file any motion to supplement the Administrative Record.

17   5. The foregoing agreement is not intended, and may not be cited by any party, as admission

18      of any issue of fact or law in this or any other judicial or administrative proceeding.

19

20  Dated this 25th day of April, 2008.

                                                      /s/ Robert J. Schwartz
21                                                    ROBERT J. SCHWARTZ
                                                      Staff Attorney
22                                                    Tri-Valley CAREs
                                                      2582 Old First Street
23                                                    Livermore, CA 94551
                                                      Telephone: (925) 443-7148
24

25

26

27

28

/s/ Barclay T. Samford
BARCLAY T. SAMFORD
Trial Attorney
U.S. Department of Justice
Env't and Natural Res. Div.
1961 Stout Street, 8th Floor
Denver, CO 80294

The parties may by stipulation, or by motion for good cause shown, seek this Court's

approval of extensions of the foregoing deadline.


[PROPOSED] ORDER

GOOD CAUSE APPEARING from the parties' foregoing stipulation,

IT IS SO ORDERED.


Dated: April ___, 2008                    _____

SAUNDRA BROWN ARMSTRONG

United States District Judge