1   ROBERT J. SCHWARTZ (CSB #254778)
    TRI-VALLEY CARES
2   2582 Old First Street
    Livermore, California 94551
3   Telephone: (925) 443-7148
    Facsimile: (925) 443-0177
4   Email: rob@trivalleycares.org

5   STEVEN SUGARMAN (*Pro Hac Vice*)
    BELIN & SUGARMAN
6   618 Paseo de Peralta
    Santa Fe, New Mexico 87501
7   Telephone: (505) 983-1700
    Facsimile: (505) 983-0036
8   Email: sugarman@bs-law.com

9   Attorneys for Plaintiffs
    TRI-VALLEY CARES, MARYLIA KELLEY,
10  JANIS KATE TURNER, and JEDIDJAH DE VRIES

11

12                   IN THE UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15  TRI-VALLEY CARES, MARYLIA KELLEY, )   Case No. 08-cv-01372-SBA
                                       )
16  JANIS KATE TURNER, and JEDIDJAH DE )   **STIPULATION**
                                       )
17  VRIES,                             )   **and**
                                       )
18              Plaintiffs,            )    **ORDER THEREON**
                                       )
19          vs.                        )
                                       )
20  UNITED STATES DEPARTMENT OF        )
                                       )
21  ENERGY, NATIONAL NUCLEAR           )
                                       )
22  SECURITY ADMINISTRATION, and       )
                                       )
23  LAWRENCE LIVERMORE NATIONAL        )
                                       )
24  LABORATORY,                        )
                                       )
25              Defendants             )

26

27

28

THROUGH THEIR UNDERSIGNED COUNSEL, the parties hereby agree and stipulate as follows:

1.  On March 10, 2008, Plaintiffs filed a complaint challenging the Department of Energy's compliance with the National Environmental Policy Act in approving the construction and operation of a Biosafety Level 3 facility at Lawrence Livermore National Laboratory in Livermore, California.

2.  Defendants produced the Administrative Record for the Final Revised Environmental Assessment for the Proposed Construction and Operation of a Biosafety Level 3 Facility at Lawrence Livermore National Laboratory, Livermore, California on April 9, 2008.

3.  By prior stipulation, the parties agreed to attempt to informally resolve any issues relating to the content of the Administrative Record.  If these informal efforts were to fail, Plaintiffs agreed to file any motion to supplement the Administrative Record by April 25, 2008.

4.  In order to allow more time to informally resolve any issues relating to the content of the Administrative Record, the parties have conferred and agreed that Plaintiffs shall have until May 2, 2008, to file any motion to supplement the Administrative Record.

5.  The foregoing agreement is not intended, and may not be cited by any party, as admission of any issue of fact or law in this or any other judicial or administrative proceeding.

Dated this 25th day of April, 2008.

/s/ Robert J. Schwartz
ROBERT J. SCHWARTZ
Staff Attorney
Tri-Valley CAREs
2582 Old First Street
Livermore, CA 94551
Telephone: (925) 443-7148

/s/ Barclay T. Samford
BARCLAY T. SAMFORD
Trial Attorney
U.S. Department of Justice
Env't and Natural Res. Div.
1961 Stout Street, 8th Floor
Denver, CO 80294

The parties may by stipulation, or by motion for good cause shown, seek this Court's approval of extensions of the foregoing deadline.

[PROPOSED] ORDER

GOOD CAUSE APPEARING from the parties' foregoing stipulation,

IT IS SO ORDERED.

Dated: April 29, 2008

_____
SAUNDRA BROWN ARMSTRONG

United States District Judge