ROBERT J. SCHWARTZ (CSB #254778)
TRI-VALLEY CARES
2582 Old First Street
Livermore, California 94551
Telephone: (925) 443-7148
Facsimile: (925) 443-0177
Email: rob@trivalleycares.org

STEVEN SUGARMAN (*Pro Hac Vice*)
BELIN & SUGARMAN
618 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone: (505) 983-1700
Facsimile: (505) 983-0036
Email: sugarman@bs-law.com

Attorneys for Plaintiffs
TRI-VALLEY CARES, MARYLIA KELLEY,
JANIS KATE TURNER, and JEDIDJAH DE VRIES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-VALLEY CARES, MARYLIA KELLEY, JANIS KATE TURNER, and JEDIDJAH DE VRIES,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, and LAWRENCE LIVERMORE NATIONAL LABORATORY,<br><br>Defendants | Case No. 08-cv-01372-SBA<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME and SUPPORTING DECLARATION OF COUNSEL**<br><br>**and**<br><br>**[PROPOSED] ORDER THEREON**<br><br>Date: No hearing set<br>Time: No hearing set<br>Judge: Hon. Saundra B. Armstrong |

Pursuant to Civil Local Rule 6-3, Plaintiffs file this Unopposed Motion to Enlarge Time. Plaintiffs ask the Court for permission to alter the deadline already fixed by the Court of May 2, 2008, by which time Plaintiffs were to file any motion to supplement the Administrative Record. Plaintiffs respectfully request that this deadline be extended to May 9, 2008.

The enlargement of time is necessary in order to allow the parties more time to informally resolve any issues relating to the content of the Administrative Record. Previously, the parties have worked together to address a variety of concerns about the adequacy of the record. Recently, a number of documents came to Plaintiffs' attention that may require supplementation of the Administrative Record. Because Plaintiffs were unable to provide Defendants with a list of these documents until May 2, 2008, it is currently unclear whether informal efforts will be able to resolve these issues. As such, Plaintiffs seek a Court order stating that Plaintiffs shall have until May 9, 2008, to file any motion to supplement the Administrative Record. This order will allow the Court to conserve judicial resources that may otherwise have been spent addressing issues relating to the adequacy of the Administrative Record; issues which are likely to be informally resolved by the parties. Plaintiffs were unable to obtain a stipulation to the time change because of time constraints. Defendants do not oppose this motion, and the requested time modification will have no effect on the schedule for the case.

By prior stipulation, the parties agreed to attempt to informally resolve any issues relating to the content of the Administrative Record. If these informal efforts were to fail, Plaintiffs agreed to file any motion to supplement the Administrative Record by April 25, 2008. So as to allow more time to informally resolve any issues relating to the adequacy of the Administrative Record, a second stipulation extended the deadline for Plaintiffs to file any motion to supplement the Administrative Record until May 2, 2008.

Pursuant to Local Rule 6-3(b), this motion was transmitted to Defendants' counsel by facsimile on May 2, 2008, the same day it was filed.

Therefore, Plaintiffs ask the Court to grant this Unopposed Motion to Enlarge Time.

Dated this 2nd day of May, 2008

/S/
ROBERT J. SCHWARTZ
(CSB #254778)
TRI-VALLEY CARES
2582 Old First Street
Livermore, California 94551
Telephone: (925) 443-7148
Facsimile: (925) 443-0177
Email: rob@trivalleycares.org

/S/
STEVEN SUGARMAN (*Pro Hac Vice*) (approved telephonically)
BELIN & SUGARMAN
618 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone: (505) 983-1700
Facsimile: (505) 983-0036
Email: sugarman@bs-law.com

## **DECLARATION OF COUNSEL**

I, Robert J. Schwartz, hereby declare:

1. I am lead counsel for plaintiffs Tri-Valley CAREs, et al. and have personal knowledge of the following facts.

2. Before preparing this motion, I received an electronic mail communication from Barclay T. Samford, Trial Attorney, U.S. Department of Justice, counsel for the defendants in this matter, concerning the Administrative Record.  Mr. Samford acknowledged the receipt of a memorandum identifying additional concerns with the adequacy of the Administrative Record.  Mr. Samford further stated that the memorandum was forwarded to his clients, but that he would be unable to determine if the identified items are properly included in the Administrative Record on May 2, 2008.  Finally, Mr. Samford noted that Defendants will not oppose a motion by Plaintiffs to extend the time for filing a motion to supplement the Administrative Record.

I declare under penalty of perjury that the foregoing facts are true of my personal knowledge and that this declaration was executed in Livermore, California on May 2, 2008.

/S/
ROBERT J. SCHWARTZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRI-VALLEY CARES, MARYLIA KELLEY, JANIS KATE TURNER, and JEDIDJAH DE VRIES,<br><br>        Plaintiffs,<br><br>        vs.<br><br>UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, and LAWRENCE LIVERMORE NATIONAL LABORATORY,<br><br>        Defendants | Case No. 08-cv-01372-SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME** |

1   GOOD CAUSE APPEARING from Plaintiffs' Unopposed Motion to Enlarge Time,

2   IT IS HEREBY ORDERED that Plaintiffs shall have until May 9, 2008, to file any motion

3   to supplement the Administrative Record.

4   IT IS SO ORDERED.

6   Dated: _____, 2008                     _____

7                                                Saundra Brown Armstrong

                                                 United States District Judge