1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-VALLEY CARES, MARYLIA KELLEY, JANIS KATE TURNER, and JEDIDJAH DE VRIES,<br><br>          Plaintiffs,<br><br>     vs.<br><br>UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, and LAWRENCE LIVERMORE NATIONAL LABORATORY,<br><br>          Defendants | Case No. 08-cv-01372-SBA<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME** |

GOOD CAUSE APPEARING from Plaintiffs' Unopposed Motion to Enlarge Time,

IT IS HEREBY ORDERED that Plaintiffs shall have until May 9, 2008, to file any motion to supplement the Administrative Record.

IT IS SO ORDERED.

Dated: 5/6/08

_Saundra B. Armstrong_
Saundra Brown Armstrong
United States District Judge