RECEIVED

MAY 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**

MAY 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

Tri Valley CARES, et al.,

Plaintiff(s),

v.

United States Department of Energy, et al.,

Defendant(s).

CASE NO. 08-cv-01372-SBA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Steven Sugarman ■ , an active member in good standing of the bar of

the New Mexico Supreme Court (Bar #5717), ■ whose business address and telephone number

(particular court to which applicant is admitted)

is

618 Paseo de Peralta, Santa Fe, NM 87501, (505) 983-1700

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiffs, ■ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  5/21/08

_____
United States District    Judge