1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  CHARLES O'CONNOR
   Assistant United States Attorney
3  450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
4  Telephone: (415) 536-6967
   Facsimile: (415) 436-6748
5
   RONALD J. TENPAS
6  Assistant Attorney General
   BARCLAY T. SAMFORD (NMBN 12323)
7  Trial Attorney
   U.S. Department of Justice
8  Environment & Natural Resources Div.
   1961 Stout St., 8th Floor
9  Denver, CO 80294
   Telephone: (303) 844-1475
10 Facsimile: (303) 844-1350

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRI-VALLEY CARES, MARYLIA KELLEY, JANIS KATE TURNER, and JEDIDJAH DE VRIES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, LAWRENCE LIVERMORE NATIONAL LABORATORY, <br><br> Defendants. | Case No. 08-cv-1372-SBA <br><br> **NOTICE OF OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** |

Notice of Opp. to Plfs' Mot. for Leave to File Supp. Br. - 08-cv-1372-SBA

1  On June 18, 2008, Plaintiffs filed a motion for leave to file a supplemental brief. Dkt No.
2  42. Plaintiffs' motion is noticed for hearing on July 29, 2008. Id. Plaintiffs' motion indicates
3  that they were unable to ascertain Defendants' position on their motion because the undersigned
4  counsel was out of the office. Id. at 3. Defendants hereby apprize the Court and Plaintiffs that
5  Defendants oppose Plaintiffs' motion, and that pursuant to Local Rule 7-3(a), a memorandum in
6  opposition will be filed on or before July 8, 2008.

Dated this 1st day of July, 2008.

                Respectfully submitted,
                RONALD J. TENPAS
                Assistant Attorney General

                /s/ Barclay T. Samford
                BARCLAY T. SAMFORD
                Trial Attorney
                U.S. Department of Justice
                Environment & Natural Resources Division
                1961 Stout Street, 8th Floor
                Denver, CO 80294