1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  CHARLES O'CONNOR
   Assistant United States Attorney
3  450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
4  Telephone: (415) 536-6967
   Facsimile: (415) 436-6748
5
   RONALD J. TENPAS
6  Assistant Attorney General
   BARCLAY T. SAMFORD (NMBN 12323)
7  Trial Attorney
   U.S. Department of Justice
8  Environment & Natural Resources Div.
   1961 Stout St., 8th Floor
9  Denver, CO 80294
   Telephone: (303) 844-1475
10 Facsimile: (303) 844-1350

11
   Attorneys for Defendants
12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                          OAKLAND DIVISION

16 TRI-VALLEY CARES, MARYLIA KELLEY,   )
   JANIS KATE TURNER, and              )
17 JEDIDJAH DE VRIES,                  )   Case No. 08-cv-1372-SBA
                                       )
18                                     )
         Plaintiffs,                   )
19                                     )
   v.                                  )   **STIPULATION SETTING**
20                                     )   **DEADLINE FOR FILING**
   UNITED STATES DEPARTMENT OF ENERGY, )   **DEFENDANTS' OPPOSITION**
21 NATIONAL NUCLEAR SECURITY           )   **TO PLAINTIFFS' SECOND**
   ADMINISTRATION, LAWRENCE LIVERMORE  )   **MOTION FOR LEAVE TO FILE**
22 NATIONAL LABORATORY,                )   **SUPPLEMENTAL BRIEF**
                                       )
23       Defendants.                   )
   _____)
24

25

26

27

28

Stip. Setting Deadline for Defs' Opp. to Plfs' Mot. for Leave to File Supp. Br. - 08-cv-1372-SBA

THROUGH THEIR UNDERSIGNED COUNSEL, the parties hereby agree and stipulate as follows:

1. On July 11, 2008, Plaintiffs filed their second motion for leave to file a supplemental brief in support of their motion for preliminary injunction. Dkt. No. 47. Plaintiffs' proposed supplemental brief includes more than 150 pages of exhibits. Id.

2. Plaintiffs filed their motion as one for administrative relief under Civil Local Rule 7-11, which requires Defendants to respond in three days.

3. Defendants do not believe Plaintiffs' motion was properly subject to Local Rule 7-11.

4. The parties have agreed that in order to provide Defendants adequate opportunity to respond, Defendants' opposition to Plaintiffs' second motion for leave to file a supplemental brief will be filed no later than August 15, 2008.

Dated: July 14, 2008     /s/ Robert J. Schwartz
                         Robert J. Schwartz
                         Attorney for Plaintiffs

Dated: July 14, 2008     /s/ Barclay T. Samford
                         Barclay T. Samford
                         Attorney for Defendants

[PROPOSED] ORDER

GOOD CAUSE APPEARING from the parties' foregoing stipulation,

IT IS SO ORDERED.

Dated: July ___, 2008    _____
                         SAUNDRA BROWN ARMSTRONG
                         United States District Judge

1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  CHARLES O'CONNOR
   Assistant United States Attorney
3  450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
4  Telephone: (415) 536-6967
   Facsimile: (415) 436-6748
5
   RONALD J. TENPAS
6  Assistant Attorney General
   BARCLAY T. SAMFORD (NMBN 12323)
7  Trial Attorney
   U.S. Department of Justice
8  Environment & Natural Resources Div.
   1961 Stout St., 8th Floor
9  Denver, CO 80294
   Telephone: (303) 844-1475
10 Facsimile: (303) 844-1350

11
   Attorneys for Defendants
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    OAKLAND DIVISION

16 TRI-VALLEY CARES, MARYLIA KELLEY,    )
   JANIS KATE TURNER, and                )
17 JEDIDJAH DE VRIES,                    )   Case No. 08-cv-1372-SBA
                                         )
18                                       )
         Plaintiffs,                     )
19                                       )
   v.                                    )   **STIPULATION SETTING**
20                                       )   **DEADLINE FOR FILING**
   UNITED STATES DEPARTMENT OF ENERGY,   )   **DEFENDANTS' OPPOSITION**
21 NATIONAL NUCLEAR SECURITY             )   **TO PLAINTIFFS' SECOND**
   ADMINISTRATION, LAWRENCE LIVERMORE    )   **MOTION FOR LEAVE TO FILE**
22 NATIONAL LABORATORY,                  )   **SUPPLEMENTAL BRIEF**
                                         )
23       Defendants.                     )
   _____ )
24

25

26

27

28

Stip. Setting Deadline for Defs' Opp. to Plfs' Mot. for Leave to File Supp. Br. - 08-cv-1372-SBA

1 THROUGH THEIR UNDERSIGNED COUNSEL, the parties hereby agree and stipulate as follows:

1. On July 11, 2008, Plaintiffs filed their second motion for leave to file a supplemental brief in support of their motion for preliminary injunction. Dkt. No. 47. Plaintiffs' proposed supplemental brief includes more than 150 pages of exhibits. Id.

2. Plaintiffs filed their motion as one for administrative relief under Civil Local Rule 7-11, which requires Defendants to respond in three days.

3. Defendants do not believe Plaintiffs' motion was properly subject to Local Rule 7-11.

4. The parties have agreed that in order to provide Defendants adequate opportunity to respond, Defendants' opposition to Plaintiffs' second motion for leave to file a supplemental brief will be filed no later than August 15, 2008.

Dated: July 14, 2008                 /s/ Robert J. Schwartz
                                     Robert J. Schwartz
                                     Attorney for Plaintiffs

Dated: July 14, 2008                 /s/ Barclay T. Samford
                                     Barclay T. Samford
                                     Attorney for Defendants

[PROPOSED] ORDER

GOOD CAUSE APPEARING from the parties' foregoing stipulation,

IT IS SO ORDERED.

Dated: July ___, 2008                _____
                                     SAUNDRA BROWN ARMSTRONG
                                     United States District Judge