JOSEPH P. RUSSONIELLO
United States Attorney
CHARLES O'CONNOR
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 536-6967
Facsimile: (415) 436-6748

RONALD J. TENPAS
Assistant Attorney General
BARCLAY T. SAMFORD (NMBN 12323)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
1961 Stout St., 8th Floor
Denver, CO 80294
Telephone: (303) 844-1475
Facsimile: (303) 844-1350

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRI-VALLEY CARES, MARYLIA KELLEY, JANIS KATE TURNER, and JEDIDJAH DE VRIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, LAWRENCE LIVERMORE NATIONAL LABORATORY,<br><br>Defendants. | Case No. 08-cv-1372-SBA<br><br>**STIPULATION SETTING DEADLINE FOR FILING DEFENDANTS' OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** |

Stip. Setting Deadline for Defs' Opp. to Plfs' Mot. for Leave to File Supp. Br. - 08-cv-1372-SBA

1  THROUGH THEIR UNDERSIGNED COUNSEL, the parties hereby agree and stipulate as
2  follows:

3  1.  On July 11, 2008, Plaintiffs filed their second motion for leave to file a supplemental
4      brief in support of their motion for preliminary injunction. Dkt. No. 47. Plaintiffs'
5      proposed supplemental brief includes more than 150 pages of exhibits. Id.
6  2.  Plaintiffs filed their motion as one for administrative relief under Civil Local Rule 7-11,
7      which requires Defendants to respond in three days.
8  3.  Defendants do not believe Plaintiffs' motion was properly subject to Local Rule 7-11.
9  4.  The parties have agreed that in order to provide Defendants adequate opportunity to
10     respond, Defendants' opposition to Plaintiffs' second motion for leave to file a
11     supplemental brief will be filed no later than August 15, 2008.

13 Dated: July 14, 2008                    /s/ Robert J. Schwartz
                                           Robert J. Schwartz
14                                         Attorney for Plaintiffs

15 Dated: July 14, 2008                    /s/ Barclay T. Samford
                                           Barclay T. Samford
16                                         Attorney for Defendants

## ORDER

GOOD CAUSE APPEARING from the parties' foregoing stipulation,

IT IS SO ORDERED.

Dated: July 15, 2008                       _____
                                           SAUNDRA BROWN ARMSTRONG
                                           United States District Judge