IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-VALLEY CARES, MARYLIA KELLEY, and JANIS KATE TURNER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, and LAWRENCE LIVERMORE NATIONAL LABORATORY,<br><br>Defendants. | Case No.: 08-cv-1372-SBA<br><br>**ORDER** |

On this 13th day of March, 2009, after consideration of Plaintiffs' Unopposed Motion for Leave to File Amended Complaint, and all papers in support thereof, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

*Saundra B. Armstrong*
Saundra Brown Armstrong
United States District Judge