ROBERT J. SCHWARTZ (CSB #254778)
TRI-VALLEY CARES
2582 Old First Street
Livermore, California 94551
Telephone: (925) 443-7148
Facsimile: (925) 443-0177
Email: rob@trivalleycares.org

STEVEN SUGARMAN (*Pro Hac Vice*)
BELIN & SUGARMAN
618 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone: (505) 983-1700
Facsimile: (505) 983-0036
Email: sugarman@bs-law.com

Attorneys for Plaintiffs
TRI-VALLEY CARES, MARYLIA KELLEY,
and JANIS KATE TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-VALLEY CARES, MARYLIA KELLEY, and JANIS KATE TURNER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, and LAWRENCE LIVERMORE NATIONAL LABORATORY,<br><br>Defendants. | Case No.: 08-cv-1372-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE** |

Plaintiffs Tri-Valley CAREs, Marylia Kelley, and Janis Kate Turner ("Plaintiffs") and defendants United States Department of Energy, National Nuclear Security Administration, and Lawrence Livermore National Laboratory ("Defendants'), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on March 10, 2008, Plaintiffs filed the Complaint for Declaratory, Mandamus, and Injunctive Relief and the Motion for Preliminary Injunction, challenging Defendant's compliance with the National Environmental Policy Act, 42 U.S.C. §§ 4321-4347, with regard to the construction and operation of a Biosafety Level 3 facility at Lawrence Livermore National Laboratory in Livermore, California.

WHEREAS, the Court issued an order denying Plaintiffs' Motion for Preliminary Injunction on February 9, 2009; and

WHEREAS, Plaintiffs filed the Amended Complaint for Declaratory, Mandamus, and Injunctive Relief on March 20, 2009, and Defendants' filed the Answer to Plaintiffs' Amended Complaint on April 3, 2009; and

WHEREAS, Plaintiffs and Defendants desire to set a briefing schedule for concurrent cross-motions for summary judgment;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record, as follows:

1. Plaintiffs shall submit a letter to Defendants identifying any issues relating to the adequacy of the Administrative Record currently before the Court for the adjudication of the claims newly raised in Plaintiffs' Amended Complaint no later than May 29, 2009.

2. Defendants shall respond to Plaintiffs' letter regarding the content of the Administrative Record no later than June 12, 2009.

3. The parties shall attempt to informally resolve any issues relating to the content of the Administrative Record. If informal efforts fail, Plaintiffs shall fill a motion to complete or supplement the Administrative Record no later than June 26, 2009.

4. Defendants shall designate and produce to Plaintiffs any agreed upon additions to the Administrative Record no later than July 3, 2009. Alternatively, if there is a need to litigate an

1  issue relating to the content of the Administrative Record pursuant to Paragraph 3 above, then
2  Defendants shall designate and produce any required additions to the Administrative Record
3  within fifteen (15) days of the Court's resolution of the issue.
4      5.  The parties shall file concurrent cross-motions for summary judgment no later than
5  thirty (30) days after the designation and production of any additions to the Administrative
6  Record required under Paragraph 4, and concurrent responses no later than fifteen (15) days
7  thereafter.
8      6.  The foregoing agreement is not intended, and may not be cited by any party, as
9  admission of any issue of fact or law in this or any other judicial or administrative proceeding.

Dated this 12th day of May, 2009

    /s/ Robert J. Schwartz
Robert J. Schwartz
Steven Sugarman

Attorneys for Plaintiffs

    /s/ Barclay T. Samford
Barclay T. Samford

Attorney for Defendants

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE - 3
Case No. 08-cv-01372-SBA

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Barclay T. Samford.

Dated this 12th day of May, 2009

/s/ Robert J. Schwartz
Robert J. Schwartz

Attorney for Plaintiffs

# [PROPOSED] ORDER

1. Plaintiffs shall submit a letter to Defendants identifying any issues relating to the adequacy of the Administrative Record currently before the Court for the adjudication of the claims newly raised in Plaintiffs' Amended Complaint no later than May 29, 2009.

2. Defendants shall respond to Plaintiffs' letter regarding the content of the Administrative Record no later than June 12, 2009.

3. The parties shall attempt to informally resolve any issues relating to the content of the Administrative Record. If informal efforts fail, Plaintiffs shall fill a motion to complete or supplement the Administrative Record no later than June 26, 2009.

4. Defendants shall designate and produce to Plaintiffs any agreed upon additions to the Administrative Record no later than July 3, 2009. Alternatively, if there is a need to litigate an issue relating to the content of the Administrative Record pursuant to Paragraph 3 above, then Defendants shall designate and produce any required additions to the Administrative Record within fifteen (15) days of the Court's resolution of the issue.

5. The parties shall file concurrent cross-motions for summary judgment no later than thirty (30) days after the designation and production of any additions to the Administrative Record required under Paragraph 4, and concurrent responses no later than fifteen (15) days thereafter.

IT IS SO ORDERED.

Dated: 5/19/09

_Saundra B. Armstrong_
Saundra Brown Armstrong
United States District Judge