ROBERT J. SCHWARTZ (CSB #254778)
TRI-VALLEY CARES
2582 Old First Street
Livermore, California 94551
Telephone: (925) 443-7148
Facsimile: (925) 443-0177
Email: rob@trivalleycares.org

STEVEN SUGARMAN (*Pro Hac Vice*)
BELIN & SUGARMAN
618 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone: (505) 983-1700
Facsimile: (505) 983-0036
Email: sugarman@bs-law.com

Attorneys for Plaintiffs
TRI-VALLEY CARES, MARYLIA KELLEY,
and JANIS KATE TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-VALLEY CARES, MARYLIA KELLEY, and JANIS KATE TURNER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, and LAWRENCE LIVERMORE NATIONAL LABORATORY,<br><br>Defendants. | Case No.: 08-cv-1372-SBA<br><br>**STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE** |

1    Plaintiffs Tri-Valley CAREs, Marylia Kelley, and Janis Kate Turner ("Plaintiffs") and
2 defendants United States Department of Energy, National Nuclear Security Administration, and
3 Lawrence Livermore National Laboratory ("Defendants"), by and through their respective
4 counsel, hereby stipulate as follows:

5    WHEREAS, on March 10, 2008, Plaintiffs filed the Complaint for Declaratory,
6 Mandamus, and Injunctive Relief and the Motion for Preliminary Injunction, challenging
7 Defendant's compliance with the National Environmental Policy Act, 42 U.S.C. §§ 4321-4347,
8 with regard to the construction and operation of a Biosafety Level 3 facility at Lawrence
9 Livermore National Laboratory in Livermore, California; and

10    WHEREAS, the Court entered an Order denying Plaintiffs' Motion for Preliminary
11 Injunction on February 9, 2009; and

12    WHEREAS, Plaintiffs filed the Amended Complaint for Declaratory, Mandamus, and
13 Injunctive Relief on March 20, 2009, and Defendants' filed the Answer to Plaintiffs' Amended
14 Complaint on April 3, 2009; and

15    WHEREAS, the Court entered an Order on May 19, 2009, setting forth a schedule for the
16 compilation and production of the Administrative Record in this case and for the briefing of
17 concurrent cross-motions for summary judgment; and

18    WHEREAS, pursuant to the Court's Order of May 19, 2009, Plaintiffs submitted a letter
19 to Defendants on May 29, 2009, identifying specific issues relating to the adequacy of the
20 Administrative Record currently before the Court for the adjudication of the claims newly raised
21 in Plaintiffs' Amended Complaint; and

22    WHEREAS, pursuant to the Court's Order of May 19, 2009, Defendants responded to
23 Plaintiffs' letter regarding the content of the Administrative Record on June 12, 2009; and

24    WHEREAS, pursuant to the Court's Order of May 19, 2009, Plaintiffs responded to
25 Defendants' letter regarding the content of the Administrative Record on June 18, 2009; and

26    WHEREAS, there is one unresolved issue regarding the content of the Administrative
27 Record; and

28

1   WHEREAS, Plaintiffs and Defendants desire to amend the schedule set forth in the
2   Court's May 19, 2009, Order to provide the parties with two additional weeks to resolve the one
3   remaining issue without seeking judicial intervention;

4   THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and
5   Defendants, through their respective counsel of record, as follows:

6   1. The parties shall attempt to informally resolve any issues relating to the content of the
7   Administrative Record. If informal efforts fail, Plaintiffs shall fill a motion to complete or
8   supplement the Administrative Record no later than July 17, 2009.

9   2. Defendants shall designate and produce to Plaintiffs any agreed upon additions to the
10  Administrative Record no later than July 24, 2009. Alternatively, if there is a need to litigate an
11  issue relating to the content of the Administrative Record, then Defendants shall designate and
12  produce any required additions to the Administrative Record within fifteen (15) days of the
13  Court's resolution of the issue.

14  3. The parties shall file concurrent cross-motions for summary judgment no later than
15  thirty (30) days after the designation and production of any additions to the Administrative
16  Record required under Paragraph 2, and concurrent responses no later than fifteen (15) days
17  thereafter.

18  4. The foregoing agreement is not intended, and may not be cited by any party, as
19  admission of any issue of fact or law in this or any other judicial or administrative proceeding.

Dated this 2nd day of July, 2009

/s/ Robert J. Schwartz
Robert J. Schwartz
Steven Sugarman

Attorneys for Plaintiffs

                                                   /s/ Barclay T. Samford
                                                   Barclay T. Samford

                                                   Attorney for Defendants

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Barclay T. Samford.

Dated this 2nd day of July, 2009

/s/ Robert J. Schwartz
Robert J. Schwartz

Attorney for Plaintiffs

**ORDER**

1. The parties shall attempt to informally resolve any issues relating to the content of the Administrative Record.  If informal efforts fail, Plaintiffs shall file a motion to complete or supplement the Administrative Record no later than July 17, 2009.

2. Defendants shall designate and produce to Plaintiffs any agreed upon additions to the Administrative Record no later than July 24, 2009.  Alternatively, if there is a need to litigate an issue relating to the content of the Administrative Record, then Defendants shall designate and produce any required additions to the Administrative Record within fifteen (15) days of the Court's resolution of the issue.

3. The parties shall file concurrent cross-motions for summary judgment no later than thirty (30) days after the designation and production of any additions to the Administrative Record required under Paragraph 2, and concurrent responses no later than fifteen (15) days thereafter.

IT IS SO ORDERED.

Dated: 7/13/09

Saundra Brown Armstrong
United States District Judge