ROBERT J. SCHWARTZ (CSB# 254778)
TRI-VALLEY CARES
2582 Old First St.
Livermore, California 94551
Telephone:   (925) 443-7148
Facsimile:   (925) 443-0177

STEVEN SUGARMAN (*Pro Hac Vice*)
BELIN & SUGARMAN
618 Paseo de Peralta
Santa Fe, New Mexico
Telephone:   (505) 983-1700
Facsimile:   (505) 983-0036

*Attorneys for Plaintiffs*
TRI-VALLEY CARES, MARYLIA KELLEY,
and JANIS KATE TURNER

FILED
OCT 21 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| TRI-VALLEY CARES, MARYLIA KELLEY, and JANIS KATE TURNER<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, and LAWRENCE LIVERMORE NATIONAL LABORATORY,<br><br>Defendants. | CASE NO.: 08-CV-1372-SBA<br><br>**SUBSTITUTION OF ATTORNEY** |
|---|---|

1  TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES
2  HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs, TRI-VALLEY CARES, MARYLIA KELLEY and JANIS KATE TURNER hereby substitutes counsel as follows:

1. **Former legal representative**:
   Robert J. Schwartz (CSB# 254778)
   E-mail: rob@trivalleycares.org
   Tri-Valley CAREs
   2582 Old First St.
   Livermore, California 94551
   Telephone:(925) 443-7148

2. **New legal representative**:
   Scott J. Yundt (CSB#242595)
   E-mail: scott@trivalleycares.org
   Tri-Valley CAREs
   2582 Old First St.
   Livermore, CA 94551
   Telephone: (925)-443-7148

3. The parties making this substitution are plaintiffs Tri-Valley CAREs, Marylia Kelley and Janis Kate Turner.

4. I consent to this substitution on behalf of Tri-Valley CAREs, Marylia Kelley and Janis Kate Turner.

Dated: October 9, 2009    *Robert J. Schwartz*           [signature]
                          (Print Name)                    (Signature of Party)

5. I consent to this substitution.

Dated: October 9, 2009    [signature]
                          Robert J. Schwartz (CSB# 254778)
                          Tri-Valley CAREs
                          2582 Old First St.
                          Livermore, California 94551
                          Telephone:    (925) 443-7148

                          (former attorney)

6.     I am duly admitted to practice in this District and accept this substitution.

Dated: October 9, 2009

*[signature]*
Scott J. Yundt
Tri-Valley CAREs
2582 Old First St.
Livermore, CA 94551
Telephone: (925)-443-7148

(new attorney)

**Substitution of Attorney is hereby approved**

Date: **10 /16** , 2009

*[signature]*
UNITED STATES DISTRICT JUDGE

SUBSTITUTION OF ATTORNEY        -3-        CASE NO. 08-CV-1372-SBA