UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRI-VALLEY CARES, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES DEPARTMENT OF ENERGY, NATIONAL NUCLEAR SECURITY ADMINISTRATION, and LAWRENCE LIVERMORE NATIONAL LABORATORY,<br><br>　　　　Defendants. | Case No: C 08-1372 SBA<br><br>**JUDGMENT** |

　　In accordance with the Court's Order granting Defendants' motion for summary judgment and denying Plaintiffs' motion for summary judgment,

　　IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

　　IT IS SO ORDERED.

Dated: September 30, 2010

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge